IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT C. SCOTT, JR. and DONNA SCOTT, | * * * | |
| Plaintiffs, | * * | |
| vs. | * * | No. 2:07CV00042 SWW |
| UNITED STATES OF AMERICA, | * * | |
| Defendant. | * * | |

**Judgment**

Pursuant to the Memorandum and Order entered in this matter on this date, judgment is entered in favor of Robert C. Scott, Jr. and against defendant United States of America in the amount of $25,000.00 plus post-judgment interest at the rate of .31 % per annum. Plaintiff Donna Scott's claim is dismissed.

DATED this 8th day of July, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE