IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ROBERT C. SCOTT, JR. and         *
DONNA SCOTT,                     *
                                 *
         Plaintiffs,             *
                                 *
vs.                              *   No. 2:07CV00042 SWW
                                 *
UNITED STATES OF AMERICA,        *
                                 *
         Defendant.              *
                                 *

**Amended Judgment**

Pursuant to the Memorandum and Order entered in this matter on July 8, 2010, judgment is entered in favor of Robert C. Scott, Jr. and against defendant United States of America in the amount of $25,000.00. Plaintiff Donna Scott's claim is dismissed. Plaintiffs shall receive their costs expended and interest on the above sums to the extent authorized by 31 U.S.C. § 1304.

DATED this 12th day of August, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE